NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMES CARTER, DOC# T82442,    )
    )
      Appellant,    )
    )
v.    )    Case No. 2D17-2540
    )
STATE OF FLORIDA,    )
    )
      Appellee.    )
_____)

Opinion filed October 3, 2018.

Appeal from the Circuit Court for Polk
County; J. Kevin Abdoney, Judge.

James Dickson Crock of James Dickson
Crock, P.A., Daytona Beach, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Linsey Sims-Bohnenstiehl,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

      Affirmed.


SILBERMAN, LUCAS, and SALARIO, JJ., Concur.